BEFORE THE THIRD DIVISION, JANUARY 29, 1962

No. 66425.—Hoyt, Shepston & Sciaroni and Hosoda Bros. et al. *v.* United States, protests 60/4803, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of vegetables similar in all material respects to those the subject of *Mutual Supply Co.* v. *United States* (44 Cust. Ct. 75, C.D. 2155), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JANUARY 30, 1962

No. 66426.—Levin Bros. *v.* United States, protests 61/10466 and 61/10919 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of compass rings similar in all material respects to those the subject of Abstract 58039, the claim of the plaintiff was sustained.